## Herring-Hall-Marvin Safe Company, Appellee, v. Paul Korshak et al., Trading as Chicago State Pawners, Ltd., Appellants.

**Gen. No. 41,114.**

opinion filed November 20, 1940; rehearing denied December 11, 1940. Max M. and Donald Korshak, for appel-

lants; Donald Korshak, of counsel; Marcus L. Silver, for appellee. Opinion by JUSTICE DENIS E. SULLIVAN. ''Not to be published in full.''